In the Matter of the Probate of the Will of ROBERT E.
HOPKINS, Deceased.

FANNY W. HOPKINS, Appellant; ROBERT E. HOPKINS, JR.,
Respondent.

*Matter of Hopkins*, 93 App. Div. 618, appeal dismissed.
(Argued January 9, 1905; decided January 17, 1905.)

MOTION to dismiss an appeal from an order of the Appel-
late Division of the Supreme Court in the second judicial
department, entered April 15, 1904, which affirmed an order
of the Westchester County Surrogate's Court denying a
motion of the appellant herein to vacate and set aside certain
orders and to restore her letters testamentary as heretofore
issued to her.

The motion was made upon the ground that the appellant had waived and abandoned any right to have the appeal considered by the Court of Appeals by acts inconsistent with the claims set forth therein.

*Joseph W. Middlebrook* for motion.

*Clarence S. Davison, Charles Blandy* and *Andrew J. Shipman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.